UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF DEFENSE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 21-2616 (ABJ) |

## DEFENDANT'S ANSWER

Defendant Department of Defense, by and through undersigned counsel, respectfully submits this Answer to the Complaint for Declaratory and Injunctive Relief ("Complaint") (ECF No. 1) filed by Plaintiff Judicial Watch, Inc., on October 6, 2021. Any allegations not specifically admitted, denied, or otherwise responded to below are hereby denied.

## JURISDICTION AND VENUE[1]

1. The allegations in this paragraph set forth legal characterizations and conclusions regarding jurisdiction, to which no response is required. To the extent a response is required, Defendant admits that the Court has jurisdiction over this matter subject to the terms and limitations of the Freedom of Information Act ("FOIA").

2. This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, Defendants admit that venue is proper in this judicial district.

## PARTIES

---

[1] For ease of reference, this Answer replicates the headings contained in the Complaint. Although Defendants believe that no response is required to such headings, to the extent a response is deemed required and to the extent those headings could be construed to contain factual allegations, those allegations are denied.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and upon that basis denies the allegations in this paragraph.

4. Sentence one and three of paragraph 4 are admitted. Sentence two sets forth legal characterizations and conclusions, to which no response is required. To the extent a response is required, denied.

## STATEMENT OF FACTS

5. Defendant admits that on May 5, 2021, Plaintiff submitted a FOIA request to the United States Military Academy. As to the remaining allegations in paragraph 5, Defendant respectfully refers the Court to Plaintiff's FOIA request for a complete and accurate description of its contents and denies any allegation inconsistent therewith.

6. In response to paragraph 6 Defendant respectfully refers the Court to Plaintiff's FOIA request for a complete and accurate description of its contents and denies any allegation inconsistent therewith.

7. In response to paragraph 7 Defendant respectfully refers the Court to Defendant's confirmation for a complete and accurate description of its contents and denies any allegation inconsistent therewith.

8. The allegations in this paragraph constitute legal characterizations and conclusions of law or are otherwise a characterization of Plaintiff's lawsuit to which no response is required. To the extent a response is required, denied.

## COUNT I
### (Violation of FOIA, 5 U.S.C. § 552)

9. The answers in the previous paragraphs are incorporated herein by reference.

10. The allegations in this paragraph constitute conclusions of law to which no response is required. To the extent a response is required, denied.

11. The allegations in this paragraph constitute legal characterizations and conclusions of law or are otherwise a characterization of Plaintiff's lawsuit to which no response is required. To the extent a response is required, denied.

12. The allegations in this paragraph constitute legal characterizations and conclusions of law or are otherwise a characterization of Plaintiff's lawsuit to which no response is required. To the extent a response is required, denied.

13. The allegations in this paragraph constitute legal characterizations and conclusions of law or are otherwise a characterization of Plaintiff's lawsuit to which no response is required. To the extent a response is required, denied.

The "Wherefore" paragraph of the Complaint contains Plaintiff's requested relief to which no response is required. To the extent a response may be deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendant raises the following defenses. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

### First Defense

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

**Second Defense**

Plaintiff is not entitled to compel the release of records exempt from disclosure under FOIA. See 5 U.S.C. § 552(b).

Defendant denies each and every allegation in the complaint that has not been previously qualified or admitted above. Wherefore, Defendant, having fully answered, requests that Plaintiff's Complaint be dismissed with prejudice, that costs be assessed against the Plaintiff, and that Defendant be awarded any other relief deemed just and proper.

Dated: November 12, 2021
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By:  /s/ *Jessica B. Colsia*
JESSICA B. COLSIA, GA BAR # 543222
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202)252-2574
jessica.colsia@usdoj.gov

*Attorneys for the United States of America*